```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MARCIA K. HAJEK, Individually and as Personal Representative of the Estate of Alan E. Hajek, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3157 |
| v. | ) ) | |
| KUMHO INDUSTRIAL CO., LTD, a foreign corporation, KUMHO TIRE CO., INC., a foreign corporation, KUMHO TIRE U.S.A., INC., a California corporation, and FORD MOTOR COMPANY, a Delaware corporation, | ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Upon consideration of the defendant Ford Motor Company's motion for change of place of trial, the court concludes that while there remains the possibility that North Platte could be shown as the more convenient place of trial, defendant has failed to demonstrate that that is the fact in this case.

IT THEREFORE HEREBY IS ORDERED,

The motion for change of place of trial, filing no. 23, is denied.

DATED this 9th day of October, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge