IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCIA K. HAJEK, Individually and as Personal Representative of the Estate of Alan E. Hajek, Deceased, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3157 |
| | ) | |
| V. | ) | |
| | ) | |
| KUMHO INDUSTRIAL CO., LTD., a foreign corporation, KUMHO TIRE CO., INC., a foreign corporation, KUMHO TIRE U.S.A., INC., a California corporation, and FORD MOTOR COMPANY, a Delaware corporation, | ) ) ) ) ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

Plaintiff has filed a "Notice of Voluntary Dismissal Without Prejudice of Kumho Industrial Co., Ltd." (Filing 20.) I shall grant the motion.

IT IS ORDERED:

1.    Defendant Kumho Industrial Co., Ltd. is dismissed from this action without prejudice;

2.    Kumho Tire Co., Inc., Kumho Tire U.S.A., Inc., and Ford Motor Company are the only remaining defendants in this action.

3.    The Clerk of the United States District Court for the District of Nebraska shall adjust the court's computerized record-keeping system to reflect the dismissal of Kumho Industrial Co., Ltd. from this action.

October 21, 2008.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge