IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARCIA K. HAJEK, Individually and )
as Personal Representative of the ) Case No.: 4:08 CV 3157
Estate of Alan E. Hajek, Deceased, )
                                                     )
      Plaintiff, )
                                                     )
vs. ) ORDER
                                                     )
KUMHO INDUSTRIAL CO., )
LTD., et al., )
                                                     )
      Defendants. )

THIS MATTER came on for consideration of Plaintiff's Motion for Extension of Time to Serve Mandatory Disclosures (Document Number 44). The Court, being fully advised in the matter, finds that Plaintiff's motion should be granted.

IT IS SO ORDERED that Plaintiff's Motion for Extension of Time to Serve Mandatory Disclosures is granted, and the parties are given until March 17, 2009, to serve the mandatory disclosures described in Fed. R. Civ. P. Rule 26(a)(1).

DATED this 25th day of Feb, 2009.

BY THE COURT

David L. Piester
U.S. Magistrate Judge

1