IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCIA K. HAJEK, Individually and as Personal Representative of the Estate of Alan E. Hajek, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3157 |
| v. | ) ) | |
| KUMHO TIRE CO., INC., a foreign corporation, KUMHO TIRE U.S.A., INC., a California corporation, and FORD MOTOR COMPANY, a Delaware corporation, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The motion of defendant Kumho Tire U.S.A., Inc., filing no. 38, to file amended answer is granted.  The amended answer shall be filed forthwith.

DATED this 26th day of February, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge