IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCIA K. HAJEK, Individually and as Personal Representative of the Estate of Alan E. Hajek, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3157 |
| v. | ) ) | |
| KUMHO TIRE CO., INC., a foreign corporation, KUMHO TIRE U.S.A., INC., a California corporation, and FORD MOTOR COMPANY, a Delaware corporation, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

Plaintiff's motion to extend deadline, filing no. 40, is granted. The deadline to amend pleadings is extended to March 20, 2009.

DATED this 26th day of February, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge