IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARCIA K. HAJEK, Individually and as Personal Representative of the Estate of Alan E. Hajek, Deceased,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KUMHO TIRE CO., INC., a foreign corporation, KUMHO TIRE, U.S.A., INC., a California corporation, and FORD MOTOR COMPANY, a Delaware corporation,<br><br>　　　　Defendants. | Case No.: 4:08-CV-03157 |

## ORDER

Now on this 6th day of April 2009, the above captioned matter comes before this Court upon Plaintiff's Motion for Leave to File a First Amended Complaint.  After being well and duly advised in the premises, the Court finds that said Motion should be and is hereby sustained.

Accordingly, Plaintiff is hereby granted leave to file her First Amended Complaint which was attached as Exhibit A to her Motion.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　　　　s/ *David L. Piester*

　　　　　　　　　　　　　　　　　　　　　　　David L. Piester
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge