IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARCIA K. HAJEK, Individually and as Personal Representative of the Estate of Alan E. Hajek, Deceased, </br></br>    Plaintiff,</br></br>vs.</br></br>KUMHO TIRE CO., INC., KUMHO TIRE, U.S.A., INC., a California corporation, and FORD MOTOR COMPANY, a Delaware corporation,</br></br>    Defendants. | Case No.: 4:08-CV-03157</br></br>ORDER |

Now on this 8th day of May, 2009, the above captioned matter comes before this Court upon the Parties' Joint Motion to Continue Planning Conference and Deadline for Identification of Expert Witnesses, filing no. 70. After being well and duly advised in the premises, the Court finds that said Motion should be and is hereby sustained.

Accordingly, the Planning Conference previously scheduled for May 19, 2009 is continued and will be held on July 23, 2009 at 10:30 a.m., and the deadline for the identification of the parties' experts and all related deadlines set forth in paragraph numbered 10 of the Court's Order for Initial Progression of Case are continued and shall be completed prior to July 10, 2009.

IT IS SO ORDERED.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge