IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCIA K. HAJEK, Individually and as Personal Representative of the Estate of Alan E. Hajek, Deceased, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3157 |
| | ) | |
| V. | ) | |
| | ) | |
| KUMHO TIRE CO., Inc., a foreign corporation, KUMHO TIRE U.S.A., Inc., a California corporation, and FORD MOTOR COMPANY, a Delaware corporation, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

The court has granted the parties' amended motion for protective order, (filing no. 92).  Accordingly, the parties' motion for protective order, (filing no. 89), is denied as moot.

DATED this 24th day of July, 2009.

BY THE COURT:

*Richard G. Kopf*

United States District Judge