IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCIA K. HAJEK, Individually and as Personal Representative of the Estate of Alan E. Hajek, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3157 |
| V. | ) ) | |
| KUMHO TIRE CO., Inc., a foreign corporation, and KUMHO TIRE U.S.A., Inc., a California corporation, | ) ) ) ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED:

1) The motion to terminate ECF notices, (filing no. 108), is granted, and the clerk shall discontinue any ECF notices to counsel John Svoboda and Mary Quinn, counsel of record for the dismissed defendant, Ford Motor Company.

2) The plaintiffs' unopposed motion to continue, (filing no. 109), is granted, and the plaintiffs' reply brief on their pending motion to compel shall be filed on or before November 27, 2009.

DATED this 18th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge