IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCIA K. HAJEK, Individually and as Personal Representative of the Estate of Alan E. Hajek, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3157 |
| v. | ) ) | |
| KUMHO TIRE CO., Inc., a foreign corporation, and KUMHO TIRE U.S.A., Inc., a California corporation, | ) ) ) ) | AMENDED PROGRESSION ORDER |
| Defendants. | ) ) | |

Counsel for both parties have filed a Joint Motion to Amend Scheduling Order (Filing 133) in order to have additional time to produce their experts for deposition. The joint motion is granted and the progression order will be amended as follows:

a. A jury trial is set to commence on March 21, 2011. No more than ten days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

b. The pretrial conference will be held before the undersigned magistrate judge on March 10, 2011 at 10:00 a.m.. One- half hour is allocated to this conference. Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00 p.m. on March 9, 2011, and the draft order shall conform to the requirements of the local rules.

c. The deadline for disclosure of experts and, unless otherwise agreed, the deadline for the provision of expert reports is:

        For the plaintiff:        July 30, 2010.
        For the defendants:        August 31, 2010.
        For the plaintiff's rebuttal:        September 30, 2010.

e. The discovery and deposition deadline is November 1, 2010. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

f. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is December 1, 2010.

DATED this 17th day of May, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge