IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCIA K. HAJEK, Individually and as Personal Representative of the Estate of Alan E. Hajek, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3157 |
| v. | ) ) ) | SECOND AMENDED |
| KUMHO TIRE CO., Inc., a foreign corporation, and KUMHO TIRE U.S.A., Inc., a California corporation, | ) ) ) ) | PROGRESSION ORDER |
| Defendants. | ) | |

The parties have filed a Joint Motion for Second Amended Progression Order (filing no. 154) because they need additional time to conduct factual and expert discovery. The joint motion is granted, in part, and the progression order will be amended as follows:

a.  A jury trial is set to commence on June 20, 2011. No more than ten trial days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases, but is scheduled is the **first civil trial** for the June 20 and June 27 trial weeks.

b.  The pretrial conference will be held before the undersigned magistrate judge on June 9, 2011 at 10:00 a.m.. One hour is allocated to this conference. Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00 p.m. on June 20, 2011, and the draft order shall conform to the requirements of the local rules.

c.  The deadline for disclosure of experts and, unless otherwise agreed, the deadline for the provision of expert reports is:

   Defendant's Vocation Rehabilitation/Economic Experts:  September 15, 2010.
   Defendant's Accident Reconstruction Experts:          October 1, 2010.
   Defendant's Tire Experts                              December 1, 2010.

   Plaintiff's Rebuttal Experts:   30 days after each of Defendants' expert deadlines as stated above.

d. Motions to compel discovery must be filed by October 15, 2010. The discovery and deposition deadline is February 15, 2011.

e. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is March 8, 2011.

f. **The parties are hereby notified that no further extensions of the progression schedule will be granted absent a very substantial good cause showing**. The parties shall govern themselves accordingly.

DATED this 18th day of August, 2010.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge