IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARCIA K. HAJEK, Individually and )
as Personal Representative of the Estate )
of Alan E. Hajek, Deceased, )                      4:08CV3157
                                          )
                 Plaintiff, )
                                          )
          v. )                            MEMORANDUM AND ORDER
                                          )
KUMHO TIRE CO., Inc., a foreign )
corporation, and KUMHO TIRE U.S.A., )
Inc., a California corporation, )
                                          )
                 Defendants. )

The court has conferred with counsel to obtain further information regarding the evidence and arguments raised on plaintiffs' pending motion to compel.  As discussed during the telephonic conference held today:

IT IS ORDERED:

1)     The parties are given until November 19, 2010 to submit any additional evidence or briefing regarding the pending motion to compel, (filing no. 171). The motion will be deemed fully submitted as of November 22, 2010.

2)     The parties shall file a joint mediation report by January 28, 2011 indicating their joint or respective positions on mediating this case.[1]  This report need not be filed if the case was referred to mediation by the court before January 28, 2011.

          November 12, 2010.                    BY THE COURT:

                                                s/ Cheryl R. Zwart
                                                United States Magistrate Judge

_____

[1]See,   http://www.ned.uscourts.gov/mediation/medweb/   for   court   mediation information for the United States District Court for the District of Nebraska.