IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCIA K. HAJEK, Individually and as Personal Representative of the Estate of Alan E. Hajek, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3157 |
| V. | ) ) | |
| KUMHO TIRE CO., Inc., a foreign corporation, and KUMHO TIRE U.S.A., Inc., a California corporation, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

The parties have orally requested an extension of time to submit their dismissal documents. Accordingly,

IT IS ORDERED that:

(1) By October 3, 2011, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court (and provide a copy to the magistrate judge and to United States District Judge Richard G. Kopf, the trial judge to whom this case is assigned), together with submitting to the trial judge a draft order which will fully dispose of the case;

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3) This case is removed from the court's trial docket upon representation by the parties that the case has settled.

DATED this 1st day of September, 2011.

BY THE COURT:
*Richard G. Kopf*
United States District Judge